UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PEGGY SUE KNOX | CIVIL ACTION NO. 07-606 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CITY OF MONROE AND DON HOPKINS | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Partial Summary Judgment [Doc. No. 45] filed by Defendant City of Monroe is GRANTED, and Plaintiff Peggy Sue Knox's claims under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*, are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 9th day of December, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE